**Order entered September 17, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00552-CV

**EL PAISANO NORTHWEST HIGHWAY, INC.,**
**A/B/A TAQUERIA EL PAISANO, Appellant**

**V.**

**ELIZABETH MARTINEZ, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17249**

### ORDER

Before the Court is appellant's September 16, 2021 motion to order the court reporter to file the reporter's record. We **GRANT** the motion. We **ORDER** Antoinette Reagor, Official Court Reporter for the 68th Judicial District Court, to file the reporter's record on or before **October 18, 2021**. Because the reporter's record was originally due on August 10, 2021, we caution Ms. Reagor that extension requests will be disfavored.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Reagor and all parties.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE